**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Mark Plummer<br>    Yvonne Plummer<br>        Debtor(s) | Case No. 09 B 24256 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>07/02/2009</u>.

2) The plan was confirmed on <u>10/15/2009</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>10/25/2010</u>.

5) The case was Completed on <u>11/14/2012</u>.

6) Number of months from filing to last payment: <u>40</u>.

7) Number of months case was pending: <u>44</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>NA</u>.

10) Amount of unsecured claims discharged without payment: <u>$46,027.07</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $113,069.93 |
| Less amount refunded to debtor | $507.27 |
| **NET RECEIPTS:** | **$112,562.66** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,009.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,993.74 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,002.74** |

Attorney fees paid and disclosed by debtor:         $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accredited Home Lenders | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Accredited Home Lenders | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Accredited Home Lenders | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alliant Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alliant Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alliant Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Servicing Co | Secured | 215,027.21 | 195,436.25 | 0.00 | 5,601.93 | 0.00 |
| America's Servicing Co | Secured | 215,027.21 | 6,530.32 | 6,530.32 | 6,530.32 | 0.00 |
| Aurora Loan Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC Home Loan Servicing LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 0.00 | 2,452.68 | 2,452.68 | 2,452.68 | 0.00 |
| Candica LLC | Unsecured | 5,880.29 | 5,880.29 | 5,880.29 | 5,880.29 | 0.00 |
| Capital One | Unsecured | 3,066.00 | 2,770.11 | 2,770.11 | 2,770.11 | 0.00 |
| Catherine Tape Reporting | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Catherine Tape Reporting | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Catherine Tape Reporting | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 4,624.65 | 895.09 | 895.09 | 895.09 | 0.00 |
| Conseco Finance Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 8,744.81 | 8,744.81 | 8,744.81 | 2,885.49 | 865.87 |
| Cook County Treasurer | Secured | 3,939.33 | 3,939.33 | 3,939.33 | 1,301.90 | 116.26 |
| Credit First | Unsecured | 612.13 | 612.13 | 612.13 | 612.13 | 0.00 |
| Dell Financial Services Inc | Unsecured | 1,217.48 | 1,217.48 | 1,217.48 | 1,217.48 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Department Stores National Bank | Unsecured | 2,062.75 | 2,062.75 | 2,062.75 | 2,062.75 | 0.00 |
| Department Stores National Bank | Unsecured | 253.00 | 287.67 | 287.67 | 287.67 | 0.00 |
| Department Stores National Bank | Unsecured | 287.67 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,472.18 | 1,451.08 | 1,451.08 | 1,451.08 | 0.00 |
| Educational Credit Management Corp | Unsecured | 4,792.30 | 4,792.30 | 4,792.30 | 4,792.30 | 0.00 |
| Educational Credit Management Corp | Unsecured | 23,997.84 | 23,997.84 | 23,997.84 | 23,997.84 | 0.00 |
| First Horizon Home Loans Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FNB CHICAGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 1,428.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Goodyear | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JB Robinson Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NBGL-Carsons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NBGL-Carsons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| Netbank Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nextcard | Unsecured | 10,391.00 | NA | NA | 0.00 | 0.00 |
| Nextcard | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,332.00 | 2,031.13 | 2,031.13 | 2,031.13 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,665.00 | 3,732.10 | 3,732.10 | 3,732.10 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,490.96 | 1,490.96 | 1,490.96 | 1,490.96 | 0.00 |
| RBS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears Roebuck & Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears Roebuck & Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Spiegel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Unsecured | NA | 5,506.16 | 3,843.38 | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Unsecured | 26,893.00 | 25,583.42 | 25,583.42 | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 1,379.16 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 1,379.16 | 1,379.16 | 1,379.16 | 1,379.16 | 0.00 |
| Toyota Motor Credit Corporation | Unsecured | 2,180.60 | NA | NA | 0.00 | 0.00 |
| UCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | NA | 20,243.51 | 20,243.51 | 20,243.51 | 0.00 |
| Universal Mortgage Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Secured | 52,082.52 | 46,685.06 | 46,685.06 | 1,285.38 | 0.00 |
| US Bank | Secured | 52,082.52 | 1,799.52 | 1,799.52 | 1,799.52 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Vericrest Financial | Secured | 334,701.00 | 327,585.88 | 0.00 | 8,876.97 | 0.00 |
| Visa | Unsecured | 1,986.00 | NA | NA | 0.00 | 0.00 |
| VSPS/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $46,685.06 | $15,764.28 | $0.00 |
| Mortgage Arrearage | $8,329.84 | $8,329.84 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $14,063.30 | $5,566.55 | $982.13 |
| **TOTAL SECURED:** | **$69,078.20** | **$29,660.67** | **$982.13** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$103,343.92** | **$73,917.12** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,002.74 |
| Disbursements to Creditors | $104,559.92 |
| **TOTAL DISBURSEMENTS :** | **$112,562.66** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2013　　　　　　　　　　By: /s/ Marilyn O. Marshall
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**